THE CONNECTICUT MUTUAL LIFE INSURANCE COMPANY, Respondent, v. ANTHONY MACYS, Individually and as Executor, etc., of KSAVIER SZPOKAS, Deceased, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

ANNIELLO DESENA and Others, Appellants, v. GIUSEPPE MATTEO and LORENZA MATTEO, Respondents.— Judgment dismissing complaint reversed upon the law and a new trial granted, costs to appellants to abide the event, upon the ground that the plaintiffs should have been permitted to establish their right to a rescission of the contract and a return of their down payment under the allegation that the defendants stated to plaintiffs that the only encroachment upon the property was that of a sidewall encroaching three-quarters of an inch; and that they entered into the contract which, because of their illiteracy and ignorance, coupled with the representation aforesaid, they would not otherwise have entered into. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

SHEILA DREY and Others, Respondents, v. FRANK HAZELTON and THOMAS H. DOYLE, Appellants.— Order denying motion to change place of trial from Kings county to Saratoga county affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Scudder and Tompkins, JJ., concur.